## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

ENJOLI JOHNSON,

      Plaintiff,

                                    Case No. 1:20-cv-23540-KMW

v.

VALENTINE & KEBARTAS, LLC and LVNV
FUNDING LLC,

      Defendants.

_____/

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE ENJOLI JOHNSON ("Plaintiff") hereby notifies the Court that the Plaintiff and Defendants have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 60 days and request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. The Parties propose to file a stipulated dismissal with prejudice within 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Dated on this 20th day of October, 2020.

*/s/ Alejandro E. Figueroa*
Alejandro E. Figueroa
Florida Bar No. 1021163
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Ste. 200
Lombard, IL 60148
Phone: (630) 575-8181
alejandrof@sulaimanlaw.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

/s/ Alejandro E. Figueroa
Alejandro E. Figueroa