**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**MIAMI DIVISION**

ENJOLI JOHNSON,

    Plaintiff,                                                         Case No. 1:20-cv-23540-KMW

v.

VALENTINE & KEBARTAS, LLC
and LVNV FUNDING LLC,

    Defendants.

_____/

## **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

NOW COMES the Plaintiff, ENJOLI JOHNSON ("Plaintiff"), by and through his attorneys, SULAIMAN LAW GROUP, LTD., and, in support of his Notice of Voluntary Dismissal without Prejudice, state as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendants, VALENTINE & KEBARTAS, LLC and LVNV FUNDING LLC, without prejudice, with leave to reinstate through January 22, 2021. After January 22, 2021, the dismissal shall become with prejudice, with each party to bear its own costs and attorney fees.

Dated: December 21, 2020                                              Respectfully Submitted,

*/s/ Alejandro E. Figueroa*
Alejandro E. Figueroa
Florida Bar ID No. 1021163
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 575-8181

                                                                    Fax: (630) 575-8188
                                                                    alejandrof@sulaimanlaw.com
                                                                    *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

                                                                    */s/ Alejandro E. Figueroa*
                                                                    Alejandro E. Figueroa